UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEY FIRSOV,<br><br>   Plaintiff,<br><br> v.<br><br>TURKISH AIRLINES, INC, et al.,<br><br>   Defendants. | Case No. 25-cv-03689-AGT<br><br>**ORDER GRANTING LEAVE TO AMEND COMPLAINT**<br><br>Re: Dkt. Nos. 29, 49 |

  Plaintiff filed this case on April 28, 2025. Dkt. 1. After Plaintiff eventually paid the filing fee, the Court issued a summons on August 1, 2025. Dkt. 14. Both Defendants, Scandinavian Airlines of North America, Inc. ("SANA") and Turkish Airlines, Inc., filed motions to dismiss Plaintiff's complaint on October 3, 2025. Dkts. 21, 24. On October 9, 2025, and October 24, 2025, Plaintiff filed two motions for leave to amend his complaint. Dkts. 29, 49.

  The Court notes that Plaintiff was not required to seek leave of court to file an amended complaint. Federal Rule of Civil Procedure 15(a)(1) allows a party to amend its pleading "once as a matter of course" within 21 days of service of a motion under Rule 12(b). Both of Plaintiff's motions to amend his complaint were filed within 21 days of the Defendants' motions to dismiss, so Plaintiff could have filed an amended complaint as a matter of right rather than seeking leave of the Court to do so.

  However, based on Plaintiff's pro se status, the Court interprets Plaintiff's motions

to amend as attempts to amend his pleadings as a matter of course per Rule 15(a)(1). The Court therefore grants Plaintiff's leave to amend. Plaintiff must file his amended complaint by December 23, 2025. Going forward, further amendments will not be permitted without leave of the Court or the opposing parties' consent. Fed. R. Civ. P. 15(a)(2).

Accordingly, both of Defendants' motions to dismiss are denied as moot. Dkts. 21, 24. Plaintiff's motions to strike Defendants' motions to dismiss are therefore also denied as moot. Dkts. 27, 34, 35. The Court will defer ruling on any of the other motions filed by Plaintiff until Plaintiff has filed an amended complaint and Defendants have responded to the amended pleading as permitted under the Federal Rules of Civil Procedure. The Court will not act upon any other requests or motions until the pleadings have been settled.

**IT IS SO ORDERED.**

Dated: December 2, 2025

Alex G. Tse
United States Magistrate Judge