UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEY FIRSOV,<br><br>      Plaintiff,<br><br>   v.<br><br>TURKISH AIRLINES, INC, et al.,<br><br>      Defendants. | Case No.  25-cv-03689-AGT<br><br>**ORDER ON MOTION TO DENY<br>FOREIGN SOVEREIGN IMMUNITY**<br><br>Re: Dkt. No. 80 |

The Court denies without prejudice Sergey Firsov's "motion to deny foreign sovereign immunity." Dkt. 80 at 1 (capitalization omitted). On September 23, 2025, Defendant Turk Hava Yollari A.O., dba Turkish Airlines ("Turkish Airlines"), filed a Notice of Applicability of the Foreign Sovereign Immunities Act (FSIA). Dkt. 20. In the pending motion, Firsov argues that Turkish Airlines cannot invoke FSIA protections because Turkish Airlines isn't an "agency or instrumentality of a foreign state." 28 U.S.C. § 1603(b).

To the extent that the FSIA-coverage issue is related to Turkish Airlines' response deadline, *see* 28 U.S.C. § 1608(d) (providing that agencies and instrumentalities of foreign states may file responsive pleadings within 60 days of service), the issue is moot. Firsov's initial efforts to serve Turkish Airlines were unsuccessful, *see* Order, dkt. 75 (granting

Turkish Airlines' motion to dismiss for insufficient service of process), and in response to Firsov's subsequent attempt to serve Turkish Airlines, on March 19, 2026, dkt. 77, Turkish Airlines responded to Firsov's operative complaint within 30 days of service, dkt. 83 (motion to dismiss, filed April 9, 2026). For service of process purposes, the Court needn't determine whether Turkish Airlines is covered by the FSIA.

To the extent that the FSIA-coverage issue is relevant to Turkish Airlines' defenses in the case, the dispute is premature. "Turkish Airlines has not yet invoked those defenses." Opp'n, Dkt. 85 at 6. If Turkish Airlines later does so, Firsov may refile his motion or otherwise challenge the FSIA's applicability.

**IT IS SO ORDERED.**

Dated: April 29, 2026

_____
Alex G. Tse
United States Magistrate Judge