UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGEY FIRSOV,

        Plaintiff,

    v.

TURKISH AIRLINES, INC, et al.,

        Defendants.

Case No. 25-cv-03689-AGT

**ORDER ON MOTIONS TO RECOVER COSTS OF SERVICE**

Re: Dkt. Nos. 78, 84

The Court denies Sergey Firsov's motions to recover service costs. Dkt. 78, 84.

Concerning Defendant Scandinavian Airlines System Denmark-Norway-Sweden, Firsov hasn't established that he served a waiver request on "an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process." Fed. R. Civ. P. 4(d)(1)(A)(ii).

Concerning Defendant Turk Hava Yollari A.O., dba Turkish Airlines, Firsov hasn't established that, in conjunction with the request to waive service that he filed on the docket on January 12, 2026, dkt. 69, he "sent by first-class mail or other reliable means" "a copy of the complaint, 2 copies of the waiver form . . . , and a prepaid means for returning the form" to "an officer, a managing or general agent, or any other agent authorized by appointment or

by law to receive service of process." Fed. R. Civ. P. 4(d)(1)(A)(ii), (C), (G).

**IT IS SO ORDERED.**

Dated: April 29, 2026

Alex G. Tse
United States Magistrate Judge