UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGEY FIRSOV,

          Plaintiff,

    v.

TURKISH AIRLINES, INC, et al.,

          Defendants.

Case No.  25-cv-03689-AGT

**ORDER RE: MOTION TO DISMISS AND MOTION FOR LEAVE TO AMEND**

Re: Dkt. Nos. 81, 83

Turkish Airlines has moved to dismiss Sergey Firsov's first amended complaint. Dkt. 83. Firsov opposes Turkish Airlines' motion but also seeks leave to file a second amended complaint. Dkt. 81. A hearing on Turkish Airlines' motion to dismiss and on Firsov's motion for leave to amend is scheduled for this Friday, May 29, 2026.

Turkish Airlines didn't file an opposition to Firsov's motion for leave to amend his complaint, or a statement of nonopposition. *See* Civil L.R. 7-3(a), (b). Firsov is proceeding pro se, and the Court would benefit from Turkish Airlines' position on the motion for leave. The Court therefore directs Turkish Airlines to file an opposition or statement of nonopposition on or before June 5, 2026. The hearing on Turkish Airlines' motion to dismiss and on Firsov's motion for leave to amend his complaint is rescheduled to June 26, 2026.

    **IT IS SO ORDERED.**

Dated: May 27, 2026

Alex G. Tse
United States Magistrate Judge