UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGEY FIRSOV,

        Plaintiff,

    v.

TURKISH AIRLINES, INC, et al.,

        Defendants.

Case No.  25-cv-03689-AGT

**ORDER ON MOTIONS TO RECOVER SERVICE COSTS**

Re: Dkt. Nos. 97, 111

On April 29, 2026, the Court denied Sergey Firsov's motions to recover service costs from Defendants. Dkt. 94. On May 4, 2026, and June 15, 2026, Firsov filed two more motions to recover service costs from Defendants. Dkts. 97, 111.

The Court construes Firsov's May 4 and June 15 motions as requests for leave to file a motion for reconsideration. The Court denies those requests. Firsov hasn't established that reconsideration is warranted under any of the grounds identified in Civil L.R. 7-9(b).

    **IT IS SO ORDERED.**

Dated: July 8, 2026

Alex G. Tse
United States Magistrate Judge