UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGEY FIRSOV,

        Plaintiff,

        v.

TURKISH AIRLINES, INC, et al.,

        Defendants.

Case No. 25-cv-03689-AGT

**ORDER ON MOTIONS TO STRIKE AND FOR RECONSIDERATION**

Re: Dkt. Nos. 109, 110

Two days after the Court granted Turkish Airlines' motion to dismiss Sergey Firsov's claims and denied Firsov's motion for leave to amend (dkt. 106), Firsov filed a motion to strike Turkish Airlines' opposition to his motion for leave to amend (dkt. 109). The Court denies Firsov's motion to strike. The motion is untimely and lacks merit.

Firsov has also asked the Court to reconsider its decision granting Turkish Airlines' motion to dismiss and denying Firsov's motion for leave to amend. Dkt. 110. The Court denies Firsov's request. Firsov hasn't established that reconsideration is warranted under any of the grounds identified in Civil L.R. 7-9(b).

    **IT IS SO ORDERED.**

Dated: July 8, 2026

Alex G. Tse
United States Magistrate Judge