UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGEY FIRSOV,

Plaintiff,

v.

TURKISH AIRLINES, INC, et al.,

Defendants.

Case No. 25-cv-03689-AGT

**SEVERANCE ORDER**

In their responses to the Court's July 8, 2026, Order to Show Cause Regarding Potential Misjoinder (dkt. 116), the parties don't dispute that Plaintiff misjoined Defendants Turk Hava Yollari, A.O. ("Turkish Airlines") and Scandinavian Airlines System Denmark-Norway-Sweden ("SAS") (dkts. 118, 119). Plaintiff's claims against each airline are based on events that took place on different dates during the boarding process for different flights. Plaintiff doesn't assert a right to relief against Defendants that arises "out of the same transaction, occurrence, or series of transactions or occurrences." Fed. R. Civ. P. 20(a)(2)(A).

The Clerk of the Court shall terminate SAS as a Defendant in this action and open a new case between Plaintiff and SAS, entitled *Sergey Firsov v. Scandinavian Airlines System Denmark-Norway-Sweden*. On the docket in the new case, the Clerk shall include copies of

all filings to date in the instant case, including this order. Going forward, filings related to Plaintiff's claims against SAS should be filed only in the new case. If Plaintiff intends to pursue his claims against SAS, he must pay a new filing fee by August 11, 2026.

Because several motions are pending in the proceedings between Plaintiff and SAS and the undersigned has presided in the matter for over a year, the Clerk of the Court, for purposes of judicial efficiency, shall assign the new case to the undersigned.

**IT IS SO ORDERED.**

Dated: July 31, 2026

Alex G. Tse
United States Magistrate Judge