UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGEY FIRSOV,

Plaintiff,

v.

SCANDINAVIAN AIRLINES SYSTEM DENMARK-NORWAY-SWEDEN,

Defendant.

Case No. 26-cv-08076-AGT

**ORDER ON (I) AMENDED IFP APPLICATION (II) MOTION FOR RECONSIDERATION**

Re: Dkt. No. 122

Related Case No. 25-cv-03689-AGT

Re: Dkt. No. 121

After the Court severed Plaintiff's claims against Turk Hava Yollari, A.O. ("Turkish Airlines") from his claims against Scandinavian Airlines System Denmark-Norway-Sweden ("SAS"), the Court ordered Plaintiff to pay a filing fee by August 11, 2026, if he intended to pursue his claims against SAS. Dkt. 120 at 2.

In response, Plaintiff filed an amended *in forma pauperis* ("IFP") application (dkt. 122), and a motion for reconsideration of the Court's prior order denying his IFP application in *Firsov v. Turkish Airlines, Inc.*, No. 25-cv-03689-AGT (dkt. 121). He asserts that when his monthly expenses and debts are considered, he cannot afford to pay the $405 filing fee. Alternatively, he requests a payment plan or additional time to pay the filing fee in his case

against SAS. 25-cv-03689-AGT, Dkt. 121 at 1–2.

The Court has considered the income, expenses, and debts Plaintiff listed on his amended IFP application and again concludes that he can "pay the court costs and still afford the necessities of life." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015).[1]

Plaintiff's gross salary is $10,920 monthly and $131,040 annually. Dkt. 122 at 1. His wife's gross salary is $1,000 monthly and $12,000 annually. *Id.* at 3. His monthly expenses are $3,900 for rent, utilities, food, and clothing; $3,996 in child support payments; and $3,000 in taxes, totaling $10,896. *Id.* at 4. He has $75,000 in credit card debt, owes attorneys $82,722, and owes a landlord $18,000. *Id.*

Plaintiff's expenses consume almost all his monthly income, and his debts are significant. On first blush, then, one might infer that he cannot pay the $405 filing fee and still afford the necessities of life. But as his prolific filings in this District against airlines have shown, he "has paid to fly internationally on [numerous] flights involving himself, his family, and his dogs." *Firsov v. Austrian Airlines, Inc.*, No. 25-cv-03504-NC, Dkt. 9 at 1 (N.D. Cal.). International flights are not cheap. Plaintiff's frequent international trips reflect that in one form or another, he has money or credit to make expensive discretionary purchases. If he adjusted or deferred his discretionary spending, he could pay the filing fee.

The Court denies Plaintiff's amended IFP application and his motion for reconsideration. Because Plaintiff moved for reconsideration and filed his amended IFP application on or before the deadline to pay the filing fee, the Court will extend that deadline to August 20,

[1] Other judges in this District have independently, but uniformly, reached the same result. As Judge Chen detailed in his recent order declaring Plaintiff a vexatious litigant, Plaintiff filed 30 cases in this District from March 26, 2025, through June 1, 2026, 27 of which were against one or more airlines. In all 30 cases, he moved for IFP status and his request was denied. *See Firsov v. Scandinavian Airlines Sys. Denmark-Norway-Sweden*, No. 25-cv-03691-EMC, 2026 WL 1805737, at *1–2 (N.D. Cal. June 23, 2026).

2026. The Court won't allow Plaintiff to pay the filing fee in monthly installments. If he doesn't pay the filing fee by August 20, the Court will dismiss this action against SAS without prejudice.

**IT IS SO ORDERED.**

Dated: August 13, 2026

Alex G. Tse
United States Magistrate Judge