UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGEY FIRSOV,

Plaintiff,

v.

TURKISH AIRLINES, INC, et al.,

Defendants.

Case No. 25-cv-03689-AGT

**JUDGMENT**

On June 8, 2026, the Court granted the motion to dismiss filed by Turk Hava Yollari, A.O., dba Turkish Airlines ("Turkish Airlines"), and denied Plaintiff's motion for leave to amend. Dkt. 106. On July 31, 2026, the Court severed Plaintiff's claims against the only other defendant, Scandinavian Airlines System Denmark-Norway-Sweden ("SAS"). Dkt. 120. The Court terminated SAS as a defendant in this action and opened a new case between Plaintiff and SAS. *See* 26-cv-08076-AGT.

Because Turkish Airlines is the only remaining defendant in this action and the Court resolved all claims in Turkish Airlines' favor and denied all relief sought by Plaintiff against Turkish Airlines, the Court enters judgment under Rule 58(b) for Turkish Airlines.

The Clerk of Court shall close the case file.

**IT IS SO ORDERED.**

Dated: August 14, 2026

Alex G. Tse
United States Magistrate Judge